ACCEPTED
03-15-00259-CV
8239139
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 10:53:23 AM
JEFFREY D. KYLE
CLERK

# No. 03-15-00259-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 10:53:23 AM
JEFFREY D. KYLE
Clerk

IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS

_____

BECKY, LTD.,
*Appellant*

v.

THE CITY OF CEDAR PARK, STEPHEN THOMAS, MATT POWELL, MITCH FULLER, LYLE GRIMES, LOWELL MOORE, JON LUX, AND DON TRACY,
*Appellees*

_____

ON APPEAL FROM THE
126TH JUDICIAL DISTRICT COURT,
TRAVIS COUNTY, TEXAS

_____

**APPELLANT'S SUPPLEMENTAL CERTIFICATE OF CONFERENCE TO MOTION TO FILE POST-SUBMISSION LETTER BRIEF**

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant Becky, Ltd. ("Becky") hereby files its supplemental certificate of conference to its motion to file post-submission letter brief. Becky filed its Motion for Leave to File Post-Submission Brief on December 11, 2015. The undersigned was not able to confer with counsel for Appellees before filing, and therefore, indicated that it did not know if its motion for leave was opposed or unopposed.

AUS-6204839-1 521106/1

Counsel for Appellees have since contacted the undersigned and indicated they do not oppose Becky's motion. Becky will not oppose leave for Appellees to file any response to the letter brief.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By */s/ Elizabeth G. Bloch*
    ELIZABETH G. BLOCH
    State Bar No. 02495500
    Heidi.bloch@huschblackwell.com
    111 Congress Avenue, Suite 1400
    Austin, Texas 78701-4093
    (512) 472-5456 (Telephone)
    (512) 479-1101 (Facsimile)

    Leonard B. Smith
    State Bar No. 18643100
    lsmith@leonardsmithlaw.com
    P.O. Box 684633
    Austin, Texas 78768
    (512) 914-3732 (Telephone)
    (512) 532-6446 (Facsimile)

    ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

The undersigned certifies that she conferred with counsel for Appellees after Appellant filed its Motion for Leave to File Post-Submission Brief on December 11, 2015. They indicated they do not oppose the motion

*/s/ Elizabeth G. Bloch*
ELIZABETH G. BLOCH

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on the 15th day of December, 2015, via the Court's electronic filing system and/or email to the following counsel of record:

Cobby Caputo
ccaputo@bickerstaff.com
Bradley B. Young
byoung@bickerstaff.com
Bickerstaff Heath Delgado Acosta LLP
3711 South MoPac Expressway
Building One, Suite 300
Austin, Texas 78746

*/s/ Elizabeth G. Bloch*

AUS-6204839-1 521106/1